| | |
|---|---|
| 1 | Sean P. Conboy, No. 214487 |
| 2 | Joseph A. Kaufman, No. 228319 |
| | Michael P. Sweeney, No. 220462 |
| 3 | **CARROLL, BURDICK & McDONOUGH LLP** |
| | Attorneys at Law |
| 4 | 633 West Fifth Street, 51st Floor |
| | Los Angeles, CA  90071 |
| 5 | Telephone:     213.833.4500 |
| | Facsimile:      213.833.4555 |
| 6 | Email:            mvarney@cbmlaw.com |
| | msweeney@cbmlaw.com |

Attorneys for Defendant
VOLKSWAGEN GROUP OF AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-OAKLAND BRANCH

| | |
|---|---|
| ROBIN BRYANT, | No.  C11-04410 LB |
| Plaintiff, | Complaint Filed:     September 6, 2011 |
| v. | US Magistrate Judge:   Laurel Beeler |
| VOLKSWAGEN GROUP OF AMERICA, INC., and DOE 1 through DOE 10, inclusive, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| Defendant. | |

The parties have stipulated that the action should be dismissed with prejudice.  Accordingly, the entire action is dismissed with prejudice.

DATED: __2/27/2012_____

IT IS SO ORDERED

_____
HON. LAUREL BEELER
U.S. MAGISTRATE JUDGE

CBM-LA\LA105471

**ORDER DISMISSING ACTION WITH PREJUDICE**