1  Sean P. Conboy, No. 214487
   Joseph A. Kaufman, No. 228319
2  Michael P. Sweeney, No. 220462
   **CARROLL, BURDICK & McDONOUGH LLP**
3  Attorneys at Law
   633 West Fifth Street, 51st Floor
4  Los Angeles, CA  90071
   Telephone:     213.833.4500
5  Facsimile:      213.833.4555
   Email:          mvarney@cbmlaw.com
6                  msweeney@cbmlaw.com

7  Attorneys for Defendant
   VOLKSWAGEN GROUP OF AMERICA, INC.
8
                    UNITED STATES DISTRICT COURT
9
            NORTHERN DISTRICT OF CALIFORNIA-OAKLAND BRANCH
10

11

12 | ROBIN BRYANT, | No.  C11-04410 LB |
   | Plaintiff, | Complaint Filed:   September 6, 2011 |
   | v. | US Magistrate Judge:   Laurel Beeler |
   | VOLKSWAGEN GROUP OF AMERICA, INC., and DOE 1 through DOE 10, inclusive, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
   | Defendant. | |

The parties have stipulated that the action should be dismissed with prejudice.  Accordingly, the entire action is dismissed with prejudice.

DATED: 2/27/2012

_____
HON. LAUREL BEELER
U.S. MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Laurel Beeler*

CBM-LA\LA105471

**ORDER DISMISSING ACTION WITH PREJUDICE**